# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2168 Disciplinary Docket No. 3 |
| | : | |
| ERIK SOBKIEWICZ | : | Board File No. C4-12-493 |
| | : | |
| | : | (United States District Court for the |
| | : | Western District of Pennsylvania, |
| | : | Criminal Case No. 2:14-CR-256) |
| | : | |
| | : | Attorney Registration No. 56836 |
| | : | (Allegheny County) |
| | : | |
| | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 5th day of June, 2015, a Rule having been entered by this Court on May 15, 2015, pursuant to Pa.R.D.E. 214(d)(1), directing Erik Sobkiewicz to show cause why he should not be placed on temporary suspension and, no response having been filed, it is

ORDERED that the Rule is made absolute; Erik Sobkiewicz is placed on temporary suspension pursuant to Pa.R.D.E. 214(d)(2); and he shall comply with all the provisions of Pa.R.D.E. 217.